839 A.2d 181

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

Wilbert H. BEACHY, III, Respondent.

No. 95 DB 2003.

Supreme Court of Pennsylvania.

Dec. 2, 2003.

## ORDER

PER CURIAM.

AND NOW, this 2nd day of December, 2003, upon consideration of the Petition for Dissolution/Amendment of Order of Temporary Suspension and response thereto, the Order entered by this Court on October 24, 2003, placing respondent on temporary suspension pursuant to Rule 208(f), Pa.R.D.E., is hereby dissolved.